# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 21 2023

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK

**DATE:** 06/20/2023

**TO:** Criminal Docket Clerk

**FROM:** Cody Harvey
Investigative Analyst
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service

Date: _____ Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

Date: _____ Defendant in U.S. Marshal Service custody on an ASR-P/WHCAP from: _____.

Date: 06/20/2023 Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.

Date: _____ Defendant taken into U.S. Marshal Service custody on a Return Psychiatric Study.

Date: _____ Defendant returned to custody of _____. (State)

Date: _____ Defendant returned to custody of _____. (Another District)

**CASE NUMBER:** 4:19CR634

**DEFENDANT'S NAME:** Hughes, Tonya 33241-009